MN, ND - 305
(10/00)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5
### For Deposit to Registry Fund

Debtor:        STEVEN AND JILL DANIELSON

Chapter 7 Case No.    09-40020

Please Check One:

XXX    Unclaimed Dividends

_____    Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Stale Check Report | | | 10.41 |

DATED: September 29, 2010

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

09-054



Printed: 09/29/10 11:48 AM

# Stale Check Report

Page: 1

**Trustee:** Julia A. Christians (430040)
**Case:** 09-40020 - DANIELSON, STEVEN E

| Account No. | Check No. | Issued | Payee | | | | Check Amount |
|---|---|---|---|---|---|---|---|
| 9200-02404257-66 | 117 | 09/29/10 | US BANKRUPTCY COURT REGISTRY FUNDS | | | | $10.41 |
| **Cancelled Account No.** | **Cancelled Check No.** | **Filed** | **Priority** | **Claimant** | **Amount Filed** | **Amount Allowed** | **Paid to Date** | **Cancelled Payment** |
| 9200-02404257-66 12 | 112 | 04/29/09 | 610 | CATALYST CLINIC 204 LEWIS AVE S WATERTOWN, MN 55388 | 531.00 | 531.00 | 10.41 | 10.41 |

(*) Denotes objection to Amount Filed  (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.